# United States Court of Appeals
## For the First Circuit

No. 09-1692

JOHANNES HAKIM,

Petitioner,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on July 9, 2010, is amended as follows:

On page 7, line 19, replace "(I) a determination..." with "(i) a determination..."